# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Juliet Anne Fuller**<br>aka Juliet Anne Marie Fulller<br>aka Juliet Marie Fuller<br>dba Yoga International<br><br>                                      Debtor 1 | Chapter:    13<br><br>Case No.:    1:18-bk-03257-HWV |
| **Charles J. DeHart, III (Trustee)**<br><br>      vs.                            Movant(s)<br><br>**Juliet Anne Fuller**<br>aka Juliet Anne Marie Fulller<br>aka Juliet Marie Fuller<br>dba Yoga International<br><br>                                      Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: October 4, 2019

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (JH)