# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0314−1 | User: CGambini | | Date Created: 10/4/2019 |
| Case: 1:18−bk−03257−HWV | Form ID: pdf010 | | Total: 31 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Charles J DeHart, III (Trustee) | dehartstaff@pamd13trustee.com |
| aty | Andrew M. Lubin | alubin@milsteadlaw.com |
| aty | Dorothy L Mott | DorieMott@aol.com |
| aty | Kara Katherine Gendron | karagendronecf@gmail.com |
| aty | Matthew Christian Waldt | mwaldt@milsteadlaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Juliet Anne Fuller | 457 Heisey Road    Mechanicsburg, PA 17055 |
| 5092232 | ASSET ACCEPTANCE LLC | PO BOX 2036    WARREN, MI 48090 |
| 5092233 | AT&T MOBILITY | 15901 E SKELLY DRIVE (PHILA)    TULSA, OK 74116 |
| 5102804 | Asset Acceptance LLC | Midland Credit Management as agent for    Asset Acceptance LLC    Po Box 2036    Warren, MI 48090 |
| 5092234 | BANK OF NEW YORK MELLON | ONE WALL STREET    NEW YORK, NY 10286 |
| 5092235 | BUREAU OF ACCOUNT MGMT | 3607 ROSEMONT AVE STE 502    PO BOX 8875    CAMP HILL, PA 17001−8875 |
| 5092236 | CB LANCASTER | 218 W ORANGE STREET    LANCASTER, PA 17603 |
| 5092237 | CHARLES J DEHART, III, ESQ. | 8125 ADAMS DRIVE STE A    HUMMELSTOWN PA 17036 |
| 5092238 | COMM OF PA DEPT OF REVENUE | BUREAU OF COMPLIANCE    PO BOX 280946    HARRISBURG, PA 17128−0946 |
| 5092239 | CONVERGENT OUTSOURCING INC | 800 SW 39TH STREET    PO BOX 9004    RENTON, WA 98057 |
| 5092240 | CORNERSTONE FCU | 449 EISENHOWER BLVVD STE 200    HARRISBURG, PA 17111 |
| 5115317 | Directv, LLC | by American InfoSource as agent    PO Box 5008    Carol Stream, IL 60197−5008 |
| 5092241 | ERC | PO BOX 57547    JACKSONVILLE, FL 32241 |
| 5092242 | INTERNAL REVENUE SERVICE − CIO | PO BOX 7346    PHILADELPHIA, PA 19101−7346 |
| 5092243 | MILSTEAD & ASSOC LLC | 1 E STOW ROAD    MARLTON, NJ 08053 |
| 5092244 | MS HERSHEY MEDICAL CENTER | PATIENT FINANCIAL SERVICES    PO BOX 853 MC−A410    HERSHEY, PA 17033 |
| 5092245 | MSHMC PHYSICIANS GROUP | BILLING SERVICES    PO BOX 854    HERSHEY, PA 17033−0854 |
| 5092246 | NATIONAL RECOVERY AGENCY | 2491 PAXTON STREET    HARRISBURG, PA 17111 |
| 5094572 | Pennsylvania Department of Revenue | Bankruptcy Division PO BOX 280946    Harrisburg, PA 17128 |
| 5109467 | Pennsylvania Department of Revenue | Bankruptcy Division PO BOX 280946    Harrisburg, PA 17128 |
| 5092247 | SELECT PORTFOLIO SERVICING INC | PO BOX 65777    SALT LAKE CITY UT 84165−0777 |
| 5092248 | SPRINT BANKRUPTCY | PO BOX 7949    OVERLAND PARK, KS 66207 |
| 5118494 | The Bank of New York Mellon | c/o Select Portfolio Servicing, Inc.    P.O. Box 65250    Salt Lake City, UT 84165−0250 |
| 5092249 | UNEMP COMP OVERPAYMENT MATTERS | DEPT OF L&I − OFFICE OF CHIEF COUNSEL    651 BOAS STREET 10TH FLOOR    HARRISBURG, PA 17121 |
| 5092250 | UNEMPL COMP TAX MATTERS | HARRISBURG CASES L&I OFF CHIEF COUNSEL    651 BOAS STREET 10TH FLOOR    HARRISBURG, PA 17121 |

TOTAL: 25